IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE KAIPUST, Special Administrator of the Estate of Mark S. Kaipust, Jr., deceased, and Special Administrator of the Estate of Taylor R. Kaipust, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>DAIMLER TRUCK NORTH AMERICA, LLC,<br><br>Defendant. | 8:23CV437<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court grants the parties' joint email motion to extend deadlines in the final progression order. Filing No. 63.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for February 4, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **April 29, 2025** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is March 3, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by March 17, 2025.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  |  |
|---|---|
| For the plaintiff(s): | January 27, 2025. |
| For the defendant(s): | March 12, 2025. |
| Plaintiff(s)' rebuttal: | March 17, 2025. |

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is April 28, 2025.

5) The deadline for filing motions to dismiss and motions for summary judgment is May 27, 2025.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 27, 2025.

7) All other deadlines and provisions in the Court's prior final progression order, Filing No. 36, remain unchanged.

Dated this 17th day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.