IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE KAIPUST, Special Administrator of the Estate of Mark S. Kaipust, Jr., deceased, and Special Administrator of the Estate of Taylor R. Kaipust, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>DAIMLER TRUCK NORTH AMERICA, LLC,<br><br>Defendant. | 8:23CV437<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

After conferring with the parties, the Court grants the parties' joint motion to amend the final progression order. Filing No. 71.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for July 1, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **August 26, 2025** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is July 1, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by July 15, 2025.

1

> **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  |  |
|---|---|
| For the plaintiff(s): | May 27, 2025. |
| For the defendant(s): | July 11, 2025. |
| Plaintiff(s)' rebuttal: | July 15, 2025. |

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 26, 2025.

5) The deadline for filing motions to dismiss and motions for summary judgment is September 26, 2025.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 26, 2025.

7) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. **Such requests will not be considered absent a substantial showing of good cause.**

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

Dated this 24th day of March, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge