IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE KAIPUST, Special Administrator of the Estate of Mark S. Kaipust, Jr., deceased, and Special Administrator of the Estate of Taylor R. Kaipust, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>DAIMLER TRUCK NORTH AMERICA, LLC,<br><br>Defendant. | 8:23CV437<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss (Filing No. 95), the parties' Joint Stipulation for Dismissal (Filing No. 96), and Plaintiff's Unopposed Motion to Strike Plaintiff's Motion to Dismiss (Filing No. 97).

Plaintiff's Unopposed Motion to Dismiss initially requested only the dismissal of the claims against Defendant Daimler Truck North America, LLC. (Filing No. 95.) The Joint Stipulation clarifies that it seeks dismissal of all claims, not just the Plaintiff's claims against Defendant Daimler Truck North America, LLC. Specifically, the Joint Stipulation requests that the claims against third-party defendants Critical Supply Solutions, Inc. and Yorkwind Crawford, be dismissed. (Filing No. 96.) The Unopposed Motion to Strike Plaintiff's Motion to Dismiss asks the Court to strike Plaintiff's first motion to dismiss (Filing No. 95.)

Having considered the matter, the Court will strike the Plaintiff's Unopposed Motion to Dismiss and accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED:**

1. The Unopposed Motion to Strike Plaintiff's Motion to Dismiss (Filing No. 97) is granted, and Plaintiff's Unopposed Motion to Dismiss (Filing No. 95) is hereby stricken.

2. The Joint Stipulation for Dismissal (Filing No. 96) is granted. This case and all claims therein are dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 2nd day of December, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge